### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **Karin Williamson,** | : | |
| Debtor. | : | Case No. 17-12124 (JKF) |

# ORDER

This 21st day of April, 2017, the debtor having filed a voluntary petition in bankruptcy under chapter 13 on March 28, 2017, and docketed at Case No. 17-12124

And it further appearing that at the time the debtor filed this voluntary petition, she was already a debtor with a pending chapter 13 case docketed at Case No. 11-15759,

And an individual may not have pending simultaneously two chapter 13 cases as there would be a conflict between two bankruptcy estates.  Accord Matter of Lunsford, 39 B.R. 490 (Bankr. N.D. Ga. 1984).  Indeed, generally, a debtor may not have pending simultaneously two bankruptcy cases regardless of the chapters of each case.  See, e.g., Freshman v. Atkins, 269 U.S. 121 (1925); In re Descorp, Inc., 1992 U.S. Dist. Lexis 1835 (E.D. Pa. 1992); Prudential Ins. Co., of America v. Colony Square, 29 B.R. 432, 436 (W.D. Pa. 1983); In re Befort, 137 B.R. 56 (Bankr. D. Kan. 1992); In re Keen, 121 B.R. 513 (Bankr. W.D. Ky. 1990); In re Martin, 97 B.R. 1013 (Bankr. N.D. Ga. 1989),

And, further, this second filing may be an improper attempt to circumvent an order in the earlier pending case terminating the automatic stay as to a secured creditor,

Accordingly, pursuant to 11 U.S.C. § 1307(c), it is hereby **ORDERED** that this case is **dismissed** for "cause."  Accord, e.g., In re Doss, 133 B.R. 108 (Bankr. N.D. Ohio 1991); In re Jackson, 108 B.R. 251 (Bankr. E.D. Cal. 1989).

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Karin Williamson
1005 Stratford Avenue
Elkins Park, PA 19027

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107